UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES EDWARD SCHMIDT,
           Plaintiff,           Case No. 05-CV-74495-DT
                                  Hon. Julian Abele Cook, Jr.
v.

CHARLES ALLEN, ET AL.,
           Defendants.
_____/

0RDER TO STRIKE DOCUMENT AND REMOVE IMAGE

Upon review the court has determined that the Plaintiff's Amended Complaint filed on February 21, 2006, is stricken from the record for the following reason: **Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure once a responsive pleading has been filed with the Court a party may amend the party's pleading only by leave of court or by written consent of the adverse party.**

**THEREFORE,** the Plaintiff's Amended Complaint is stricken from the record and **THE CLERK OF THE COURT IS DIRECTED TO REMOVE THE IMAGE FROM THE ECF SYSTEM**.

                                        s/ Julian Abele Cook, Jr.
                                        JULIAN ABELE COOK, JR.
                                        United States District Court Judge

Dated: March 1, 2006

Certificate of Service

I hereby certify that on March 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system, and I further certify that I mailed a copy to the non-ECF participant(s). Copy of Rule 15 mailed to plaintiff James Schmidt.

                                        s/ Kay Alford
                                        Courtroom Deputy Clerk